# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.
CLAYTON CLARK

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-70056 PVT

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or after __July 29, 2007__ in __Santa Clara County__, in the __Northern__ District of __California__ defendant(s) did, (Track Statutory Language of Offense)

travel in interstate commerce from the State of California with the intent to avoid prosecution for one count of the violation of California Penal Code Section, 187, murder, and one count of the violation of California Penal Code Section, 664/187, attempted murder, under the laws of the State of California.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following facts:
                                  Official Title

SEE ATTACHED AFFIDAVIT.

PENALTIES: A maximum term of five (5) years imprisonment; a $250,000 fine; a maximum term of three (3) years of supervised release; and a $100 penalty assessment.

REQUESTED BOND: Detain without bail.

Approved as to form: _____
Eumi Choi, Assistant United States Attorney

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
John O'Brien
Special Agent, FBI

Sworn to before me and subscribed in my presence,

__2/4/08__ at San Jose, California
Date                                    City and State

Patricia V. Trumbull
United States Magistrate Judge
Name & Title of Judicial Officer         Signature of Judicial Officer

```
STATE AND NORTHERN DISTRICT OF CALIFORNIA )
                                         )    ss.  AFFIDAVIT
CITY OF SAN JOSE, COUNTY OF SANTA CLARA  )
```

I, John O'Brien, Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, state:

1. I am a Special Agent of the FBI and have been so employed since September of 1996. While acting in that capacity I received information from Deputy District Attorney James Gibbons-Shapiro of the Santa Clara County District Attorney's Office, San Jose, California, who advised that on September 12, 2007, a no-bail arrest warrant was issued for the arrest of Clayton Clark, date of birth September 27, 1978, a native born United States Citizen. This warrant was issued by the Superior Court of the County of Santa Clara, State of California, docket number CC779743, charging Clark with violations of California Penal Code, Section 187, murder, and 664(a)/187, attempted murder. A certified copy of the warrant is attached hereto and specially incorporated herein as Exhibit A. All of the information contained in paragraphs two and three was obtained through the investigation of law enforcement officers of the San Jose Police Department, San Jose, California.

2. On July 29, 2007, Ysauro Vargas and his friend, Carlos Jaurequi, went to Yolanda Cisneros' apartment to check on the welfare of the children Vargas and Cisneros have together. At the apartment, Vargas and Jaurequi, who were unarmed, verbally confronted a man at the door about the welfare of the children. Cisneros then came to the door and became involved in a heated discussion with Vargas. Another man, whom Vargas later identified by photograph as Clark, came from the back area of the apartment armed with a large handgun. This person then shot at the two men, who were standing in the outside hallway, five times, killing Jaurequi and seriously injuring Vargas. As Clark and Cisneros were fleeing the apartment, Cisneros exhorted Clark to shoot Vargas again. Clark pointed his gun at Vargas and pulled the trigger several times but the gun did not fire. Besides the account of the victim Vargas, several neighbors identified Clark and Cisneros fleeing the apartment complex immediately after the shooting and then saw them drive away in Clark's purple colored Ford Mustang.

3. After the shooting Cisneros abandoned her three

children, who were rescued two days after the incident by Vargas' sister. Since the shooting, Clark and Cisneros have not been back to San Jose, and Cisneros has made no known attempt to see her children. In November 2007, San Jose Police Department Detectives obtained information that a friend of Clark's had called Clark, who was staying with Cisneros in Mexico. A subsequent review of telephone records revealed a telephone number in Mexico reflecting this call. While in Mexico, Clark has continued to use his Internet MySpace account. The San Jose Police Department conducted a search of this MySpace account and was able to determine that account was accessed on December 8, 2007, from an IP Address which comes back to a Internet Server in Mexico.

       4. The Santa Clara County District Attorney's Office, San Jose, California, by letter dated January 29, 2008, has formally requested the assistance of the Federal Bureau of Investigation and the United States Attorney's Office in locating and arresting Clark for violations of California Penal Code, Section 187, murder, and 664(a)/187, attempted murder. In that letter, a true and correct copy of which is attached hereto and specifically incorporated herein as Exhibit B, the Santa Clara County District Attorney's Office represents that it will extradite Clark from any location in the United States and from any country where he may be found which has an extradition treaty with the United States.

       5. It is my belief that there is probable cause to believe that Clayton Clark has fled the State of California to avoid arrest and prosecution for violations of California Penal Code, Section 187, murder, and 664(a)/187, attempted murder, in violation of Title 18, United States Code, Section 1073.

John O'Brien, Special Agent
Federal Bureau of Investigation


SWORN AND SUBSCRIBED TO BEFORE ME

THIS __4__ DAY OF FEBRUARY 2008

Patricia V. Trumbull
United States Magistrate Judge

2

# ARREST WARRANT

DNA376     CII: A11975908     FBI: 419292HB6
00000557436



**EXHIBIT A**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, <br><br> PLAINTIFF, <br><br> VS <br><br> CLAYTON CLARK <br> 2118 CANOAS GARDEN AV <br> APT. 254 <br> SAN JOSE    CA <br><br> DEFENDANT | CEN: 07524880 <br> DOCKET NO: CC779743 <br> DRIVER'S LIC NO: CAB7021206 <br> AGENCY CASE NO: 072101187 <br><br> **DESCRIPTION** <br><br> BIRTHDATE: 09/27/1978 <br> HEIGHT: 510    WEIGHT: 175 <br> HAIR: BR   EYES: BR   SEX: M <br> REMARKS: <br> RACE: HISPANIC <br> SERVICE AGENCY: Q4313 |

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY PEACE OFFICER OF SAID STATE:
COMPLAINT UNDER OATH HAVING BEEN MADE BEFORE ME BY:

2912 RANDOL      SAN JOSE POLICE DEPARTMENT

THAT THE OFFENSE OF:

(F)PC187      PR:      (F)PC664(A)/187      PR:

A    FELONY    HAS BEEN COMMITTED AND ACCUSING:
CLAYTON CLARK      THEREOF,

**COPY**

YOU ARE THEREFORE COMMANDED TO ARREST THE ABOVE NAMED DEFENDANT AND BRING SAID DEFENDANT FORTHWITH BEFORE THE ENTITLED COURT.

THIS FELONY WARRANT MAY BE SERVED AT NIGHT PURSUANT TO SEC 840 PC.

DEFENDANT MAY BE ADMITTED TO BAIL IN THE SUM OF $ *No Bail Allowed.*

WITNESS MY HAND AND SEAL,

DATE: 09/12/2007
HALL OF JUSTICE
190 WEST HEDDING STREET
SAN JOSE, CA 95110

MAILING ADDRESS IS:
191 N. FIRST STREET
SAN JOSE, CA 95113

*Paul R. Teilh* (signature)
JUDGE OF THE SUPERIOR COURT
**PAUL R. TEILH**

COURT APPEARANCE TIMES AND DATES:
09:00 MONDAY THRU FRIDAY   MISD
13:30 MONDAY THRU FRIDAY   FEL
14:00 MONDAY THRU FRIDAY   FEL

**NOT FOR BOOKING PURPOSES**

# ARREST WARRANT

# County of Santa Clara

Office of the District Attorney

County Government Center, West Wing
70 West Hedding Street
San Jose, California 95110
(408) 299-7400
www.santaclara-da.org



EXHIBIT
B



Dolores A. Carr
District Attorney

January 29, 2008

Special Agent John O'Brien
Federal Bureau of Investigation
1919 S. Bascom Ave.,
Campbell, CA 95008
FAX 408-558-1040


Re:     *People v. Clayton Clark and Yolanda Cisneros*
Docket: CC779743

Dear Special Agent O'Brien:

    I am writing to ask your assistance in bringing Defendant Clayton Clark to justice here in Santa Clara County, California. On July 29, 2007, Mr. Clark murdered Carlos Jaurequi and attempted to murder Ysauro Vargas by gunshot.
    On July 29, 2007, Ysauro Vargas and Carlos Jaurequi went to Yolanda Cisneros' apartment to check on the welfare of the children that he and Ms. Cisneros have together. When they arrived, they knocked on the door, and raised the issue of the children. Clayton Clark then began firing at the two, killing Mr. Jaurequi and injuring Mr. Vargas. As Mr. Clayton and Ms. Cisneros fled the scene with the children, Ms. Cisneros exhorted Mr. Clark to shoot Mr. Vargas, and Mr. Clark attempted to shoot again, but the gun did not fire.
    The identities of Mr. Clark and Ms. Cisneros were established by accounts of witnesses at the scene who were present as they fled, and interviews with the children who were present at the killing and attempted murder.
    On September 11, 2007, a felony complaint was filed in Santa Clara County Superior Court, Docket Number CC779743 charging Mr. Clark with murder, Penal Code section 187, with a gun allegation under Penal Code section 12022.53, and with attempted murder, Penal Code section 664/187, also with a gun allegation under Penal Code section 12022.53. A warrant for his arrest has been issued.
    I believe you have already been provided with a copy of that Complaint from the San Jose Police Department.
    It is believed that Mr. Clark has fled to Mexico, and that the San Jose Police Department has already provided you with information about his whereabouts in that country.

      This office believes that a complaint filed in Federal Court charging the defendant with Unlawful Flight to Avoid Prosecution pursuant to Title 18 United States Code Section 1073 will greatly aid in the apprehension and prosecution of this defendant for the murder of Carlos Jaurequi and the attempted murder of Ysauro Vargas.

      This office will seek to extradite the defendant from any location in the United States and from any country in which he may be found which has an extradition treaty with the United States.

      Please feel free to contact me at 408-792-2985 if you have any further questions or concerns regarding this matter.

Sincerely,

James Gibbons-Shapiro
Deputy District Attorney